1

**MEMORANDUM**

| | |
|---|---|
| DATE: | October 24, 2023 |
| TO: | Becki Gannon<br>U.S. Marshal Service |
| CC: | Clerk's Office, United States District Court for the District of Maryland |
| FROM: | Steven T. Brantley<br>Assistant United States Attorney<br>U.S. Attorney's Office - District of Maryland |
| RE: | **U.S. v. ALL VIRTUAL CURRENCY IN BINANCE ACCOUNT WITH USER ID XXXX3527**<br><br>**Civil Action No.** |

═══════════════════════════════════════════════════════════════════

The United States has filed a forfeiture action against **the above named property.** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at **www.forfeiture.gov** pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment